JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS ROBERT McNEIL, | ) | Case No. EDCV 13-951-DOC (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN CASH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: June 26, 2013

_/s/ David O. Carter_
HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

_/s/ Oswald Parada_
HONORABLE OSWALD PARADA
United States Magistrate Judge